cuit. Certiorari denied. *De Long Harris* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 707. MAXWELL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Robert Ash* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Robert N. Anderson* for respondent.

No. 709. STEWART-JORDAN DISTRIBUTING Co., INC. *v.* MITCHELL, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied. *Marshall A. Pipin* for petitioner. *Solicitor General Sobeloff, Bessie Margolin* and *Sylvia S. Ellison* for respondent.

No. 711. LEMKE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Hubert A. Gilbert* for petitioner. *Solicitor General Sobeloff* for the United States.

No. 721. PILGRIM HOLINESS CHURCH CORPORATION *v.* MITCHELL, SECRETARY OF LABOR. C. A. 7th Cir. Certiorari denied. *Carl Seet* and *Burke G. Slaymaker* for petitioner. *Solicitor General Sobeloff, Bessie Margolin* and *Joseph M. Stone* for respondent.

No. 722. CAIN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Norman B. Gillis, Jr.* and *William Saunders Henley* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Hilbert P. Zarky* for the United States.